Commonwealth ex rel. Sickler, Appellant, v.
Myers.

Submitted March 7, 1960.  Before RHODES, P. J.,
GUNTHER, WRIGHT, WOODSIDE, ERVIN, WATKINS, and
MONTGOMERY, JJ.

*Ellsworth J. Sickler*, appellant, in propria persona,
submitted a brief.

*Thomas J. Foley*, Assistant District Attorney, and
*Carlon M. O'Malley*, District Attorney, for appellee.

OPINION PER CURIAM, March 24, 1960:

The order of the court below refusing to issue writ of habeas corpus is affirmed on the opinion of President Judge HOBAN, as reported in 20 Pa. D. & C. 2d 194.